# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ASHOK ARORA, ) | |
|     Plaintiff, ) | |
| ) | Honorable Marvin E. Aspen |
| v. ) | |
| ) | Case No.: 1:15-cv-06109 |
| MIDLAND CREDIT MANAGEMENT, INC., ) | |
| MIDLAND FUNDING LLC, ) | Magistrate Judge Jeffrey Cole |
|     Defendants ) | |
| ) | |
| ) | |

## **MOTION FOR EXTENSION OF TIME**

On May 8, 2023, the Court ordered the parties to submit a final pretrial order by June 1, 2023 (Dkt No. 119). Plaintiff requires an additional week to properly complete his sections of the proposed order. Defendants have indicated they do not object to one week extension. WHEREFORE, Plaintiff respectfully requests the Honorable Court that the deadline for submitting the final pretrial order be extended to June 8, 2023.

Dated: May 26, 2023

                                                      Respectfully Submitted,

                                                      /s/ Ashok Arora          .
                                                      Ashok Arora, PRO SE
                                                      869 E Schaumburg Rd 217
                                                      Schaumburg, IL 60194
                                                      Telephone: 224-622-3846
                                                      Email: ashoklaw@protonmail.com
                                                      *Plaintiff (Pro Se)*

## CERTIFICATE OF SERVICE

    I, Ashok Arora, hereby certify that on May 26, 2023, I filed the foregoing MOTION FOR EXTENSION OF TIME with the Clerk of Court and concurrently served it on all parties and their attorneys of record using the CM/ECF system.

    Respectfully Submitted,

    /s/ Ashok Arora                        .
    Ashok Arora, PRO SE