IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHOK ARORA, <br><br> Plaintiff, <br><br> vs. <br><br> MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING LLC, <br><br> Defendants. | Case No. 1:15-cv-6109 |

**NOTICE OF DEFENDANT MIDLAND CREDIT MANAGEMENT, INC. REGARDING UNAVAILABILITY OF A TRIAL WITNESS ON NOVEMBER 6, 2023**

This matter is scheduled for a bench trial to begin on November 6, 2023. Minute entry, Dkt. No. 131. The parties estimate that the trial will take three days or less. Final Pretrial Order, Dkt. No. 137, at p. 14.

In the parties' joint proposed Final Pretrial Order filed October 10, 2023, *pro se* Plaintiff Ashok Arora lists 16 trial witnesses, together with potential rebuttal witnesses. *Id.* at pp. 2-9. Defendant Midland Credit Management, Inc. ("MCM")[1] objects to the testimony of nearly all of Plaintiff's listed witnesses, and lists two witnesses of its own: Plaintiff and MCM employee Jennifer Pariseau (who also appears on Plaintiff's witness list). *Id.*

After the Final Pretrial Order was filed, counsel for Defendant learned that Ms. Pariseau has a conflict that will not permit her to attend trial on Monday, November 6. On that day, the man recently convicted in the 26-year-old cold-case murder of an extended family member will

---

[1] Defendant Midland Funding LLC has been granted summary judgment as to all claims raised by Plaintiff and is therefore no longer a defendant in this action. Memorandum Opinion and Order (Dkt. No. 112) at p. 14.

be sentenced in Port Huron, Michigan. The conviction occurred and the sentencing was scheduled less than a month ago, well after this Court had set the trial date for this matter. *See* Dkt. No. 131. Notably, even with the above conflict, Ms. Pariseau will be available to attend the trial starting the morning of November 7, 2023.

Earlier this week, Plaintiff informed counsel for Defendant that he intends to file a motion to delay the start of the trial by two to four weeks. For the first time on October 19, after learning of Ms. Pariseau's unavailability on November 6, Plaintiff told counsel for Defendant that he now intends to call Ms. Pariseau as his first witness.

Defendant opposes any re-scheduling of this trial. The parties have known of the trial date since August 15, 2023 (*see* Dkt. No. 131) and there have been no objections to the trial date until now, the week before the Final Pretrial Conference. Moreover, Ms. Pariseau's unavailability on November 6 does not require a re-scheduling. Even if Ms. Pariseau's testimony were to commence on November 7, the parties would easily complete the presentation of their cases by November 8 (and possibly even before that) – especially if the Court sustains Defendants well-founded objections to the myriad of other witnesses that Plaintiff improperly seeks to call.

Defendant therefore suggests that the parties and the Court accomplish everything we can on November 6 and then, to the extent that Plaintiff runs out of witnesses and his own direct and cross-examination are completed on November 6, the Court could adjourn and re-convene on November 7, once Ms. Pariseau is available.

Defendant will be prepared to discuss all possible solutions during the pretrial conference on October 24, 2023 at 1:00 pm.

Date: October 20, 2023          Respectfully submitted,

         s/*Todd Gale* .
         Todd Gale
         Jennifer W. Torrez
         Joshua A. Fishman
         DYKEMA GOSSETT PLLC
         10 South Wacker Drive
         Suite 2300
         Chicago, Illinois 60606
         tgale@dykema.com
         jtorrez@dykema.com
         (312) 876-1700

         Theodore W. Seitz (pro hac pending)
         DYKEMA GOSSETT PPLC
         Capitol View, 201 Townsend Street
         Suite 900
         Lansing, Michigan 48933
         tseitz@dykema.com
         (517) 374-9100

         *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Todd Gale, certify that on October 20, 2023, I caused a copy of the foregoing to be served upon plaintiff via email:

Ashok Arora
869 E Schaumburg Rd 217
Schaumburg, IL 60194
Telephone: 224-622-3846
Email: ashoklaw@protonmail.com
*Pro Se Plaintiff*

        /s/ *Todd Gale*