### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ASHOK ARORA, ) | |
|     Plaintiff, ) | |
| ) | Honorable Jeremy C. Daniel |
| v. ) | |
| ) | Case No.: 1:15-cv-06109 |
| MIDLAND CREDIT MANAGEMENT, INC., ) | |
| MIDLAND FUNDING LLC, ) | |
|     Defendants ) | |
| ) | |
| ) | |

### PLAINTIFF'S MOTION REQUESTING CONTINUANCE OF TRIAL

Plaintiff Ashok Arora respectfully moves this Honorable Court for an order continuing the trial date, which is currently set to begin on November 6, 2023, to a date that is four (4) or more weeks after November 6, 2023. In support of this motion, Plaintiff states as follows:

Plaintiff's list of exhibits and list of witnesses grew at the last minute when Plaintiff realized that T-Mobile had produced false business records in response to his subpoenas and he could also prove that those records were false.

Plaintiff has been suspicious of insider misconduct at T-Mobile for a number of reasons. First, due to the fact that Plaintiff's name was removed from his account without his knowledge and authorization. After Plaintiff found out that his name had vanished from his account, Plaintiff spoke with a number of T-Mobile employees at different T-Mobile stores, all of whom stated that they cannot completely wipe out a name from the account. Afterwards, Plaintiff also learnt that the name Elizabeth Adams was appearing on the caller id of landline phones. That should have never happened even if Plaintiff's name was removed from the account at a later

date. That raised the possibility that T-Mobile had most likely changed the name on his account to Elizabeth Adams, transmitted that name as the current owner of phone number 224-622-3846 to other carriers and third parties that maintain caller ID databases, and then removed that name from the account. While Plaintiff cannot directly prove that from the records, Plaintiff can now prove that T-Mobile has produced false records in response to Plaintiff's subpoenas, and that T-Mobile likely never had a previous subscriber named Elizabeth Adams for the phone number 224-622-3846.

There have been several incidences over the years which showed that T-Mobile was actively reacting to his lawsuits and changing its records to suit the current narrative. For example, since Plaintiff activated his service, the incoming text messages to his phone were always forwarded from a 206 area code number (Unlike a call, text messages are asynchronous communication. When one sends a text message, it is first sent to a server that temporarily stores the message until it can forward it to the intended recipient). Shortly after the defendant in one of the lawsuits revealed that the debtor Elizabeth Adams had an Oklahoma address, Plaintiff noticed that his text messages were now, all of a sudden, being forwarded from a 405 area code number, which is an Oklahoma area code. Also, during the subpoena process in the same lawsuit, T-Mobile did not come across as a disinterested third party but appeared to be actively seeking to thwart discovery (Case no. 15-cv-4941 (N.D. Ill.), Dkt No. 37—Plaintiff's Motion to Compel T-Mobile).

Plaintiff believes T-Mobile producing fabricated business records in response to Plaintiff's subpoenas points to a much higher level of involvement in this misconduct and points to a conspiracy. In Plaintiff's view, defendant Midland Credit Management, Inc. ("Defendant") has already shown that it was a participant in the conspiracy by producing a falsified list of calls.

2

Plaintiff had objected to Defendant's list of calls when Defendant first produced it (MDL Dkt No. 736 at 6). While conspiracy is not a claim in this lawsuit, Plaintiff believes it does imply that Defendant had intentionally intruded upon Plaintiff's seclusion.

As a result of these findings and resulting increase in number of witnesses and exhibits, Plaintiff respectfully requests additional time to prepare his questions for witnesses, his arguments for the trial, and also to respond to numerous objections raised by Defendant. Based on these findings, Plaintiff would also like to attempt to get an attorney to handle the trial.

Dated: October 24, 2023

Respectfully Submitted,

/s/ Ashok Arora                          .
Ashok Arora, PRO SE
869 E Schaumburg Rd 217
Schaumburg, IL 60194
Telephone: 224-622-3846
Email: ashoklaw@protonmail.com
*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

I, Ashok Arora, hereby certify that on October 24, 2023, I filed the foregoing PLAINTIFF'S MOTION REQUESTING CONTINUANCE OF TRIAL with the Clerk of Court and concurrently served it on all parties and their attorneys of record using the CM/ECF system.

Respectfully Submitted,

/s/ Ashok Arora                              .
Ashok Arora, Pro Se